```
JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief Civil Division
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
        Social Security Administration
        Office of the General Counsel, Region IX
        160 Spear Street, St. 800
        San Francisco, CA 94105-1545
        Email: sundeep.patel@ssa.gov
        Telephone: (415) 977-8873

Attorneys for Defendant Commissioner of Social Security
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| NOEMI JARAMILLOI QUEZADA ) | CASE #: CV 13-00765 JSL (FFM) |
| ) | |
| Plaintiff, ) | ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded Nine Thousand Four Hundred and Zero Cents ($9,400) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: _October 26, 2015      ____/S/ Frederick F. Mumm

                              UNITED STATES MAGISTRATE JUDGE